1 Michael R Audley, Esq #131700
AUDLEY & AUDLEY
80 El Camino Real
2 Berkeley, CA 94705
(510) 548-4740
3 "rapoli.276"

4 Attorney for Plaintiff

5

6

7 UNITED STATES DISTRICT COURT

8 NORTHERN DISTRICT OF CALIFORNIA

9
SHAWN OLIVER,                              ) Case No.: C 12-00947 NC
10                                         )
            Plaintiff,                     ) REQUEST TO APPEAR BY PHONE AT CASE
11                                         ) MANAGEMENT CONFERENCE
     vs.                                   )  AND ORDER THEREON AS MODIFIED.
12                                         )
MAVIC INC,                                 ) DATE:    June 6, 2012
                                           ) TIME:    10:00 am
13                                         ) BEFORE: Hon. N Cousins
            Defendant                      )
14

15 _____

16      TO THE COURT and all Counsel of Record, plaintiff's attorney Michael R Audley, Esq hereby

17 requests permission to appear at the Case Management Conference in this matter, set for Wednesday June

18 6,2012 at 10:0am, by telephone. Counsel is scheduled to fly out of the country that same afternoon and

19 begs the court's indulgence in this request.

20 Dated: May 3, 2012                                  AUDLEY & AUDLEY

21                                                     //ss//

22                                                     _____
                                                       Michael R Audley, Esq
23

24      IT IS SO ORDERED, that Michael R Audley, Esq may appear by phone at the Case Management

25 Conference in this matter, which the Court reschedules to 9:00 AM.

26 Dated: May 14, 2012

27                                                     Hon. Nathaniel Cousins

28

Request to Appear by Phone at CMC - 1