1  Michael R Audley, Esq  #131700
   AUDLEY & AUDLEY
   80 El Camino Real
2  Berkeley, CA 94705
   (510) 548-4740
3  "rapoli.276"

4  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN OLIVER, | ) Case No.: C 12-00947 NC |
| Plaintiff, | ) REQUEST TO APPEAR BY PHONE AT CASE<br>) MANAGEMENT CONFERENCE |
| vs. | ) AND ORDER THEREON AS MODIFIED. |
| MAVIC INC, | ) DATE:   June 6, 2012<br>) TIME:   10:00 am<br>) BEFORE: Hon. N Cousins |
| Defendant | ) |

TO THE COURT and all Counsel of Record, plaintiff's attorney Michael R Audley, Esq hereby requests permission to appear at the Case Management Conference in this matter, set for Wednesday June 6,2012 at 10:0am, by telephone.  Counsel is scheduled to fly out of the country that same afternoon and begs the court's indulgence in this request.

Dated: May 3, 2012                                              AUDLEY & AUDLEY

                                                                //ss//
                                                                _____
                                                                Michael R Audley, Esq

IT IS SO ORDERED, that Michael R Audley, Esq may appear by phone at the Case Management Conference in this matter, which the Court reschedules to 9:00 AM.

Dated: May 14, 2012

                                                                Hon. Nathaniel Cousins

Request to Appear by Phone at CMC - 1