1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

### SAN FRANCISCO DIVISION

11
12
13
14
15
16

SHAWN S. OLIVER,

                Plaintiff,

    v.

MAVIC, INC.,

                Defendant.

Case No. 3:12-cv-00947 NC

**ORDER OF CONDITIONAL DISMISSAL**

Re: Dkt. No. 20

17    The Court having been notified of the settlement of this action, and it appearing that

18 no issue remains for the Court's determination,

19    IT IS HEREBY ORDERED THAT this action and all claims asserted herein are

20 DISMISSED with prejudice.  In the event that the settlement is not reached, any party may

21 move to reopen the case and the trial will be rescheduled, provided that such motion is filed

22 within 90 days of this order.  All scheduled dates, including the trial and pretrial dates, are

23 VACATED.

24
25    IT IS SO ORDERED.

26    Date:  January 17, 2013

                                        

27    Nathanael M. Cousins
           United States Magistrate Judge

28